IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CALVIN DOWDELL,                         )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )       CASE NO. 3:17-CV-549-WKW
                                        )               [WO]
LEE COUNTY, ALABAMA, *et al.*,          )
                                        )
            Defendants.                 )

## **ORDER**

On June 13, 2018, the Magistrate Judge filed a Recommendation (Doc. # 38) to which no timely objections have been filed.  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1.    The Magistrate Judge's Recommendation (Doc. # 38) is ADOPTED;

2.    Plaintiff's Motion for Voluntary Dismissal of Lee County, Alabama as a Defendant to This Current Action (Doc. # 35) is GRANTED;

3.    All claims against Defendant Lee County, Alabama, in Plaintiff's Third Amended Complaint (Doc. # 29) are DISMISSED without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;

4.    Defendant Lee County Alabama's Motion to Dismiss Third Amended Complaint (Doc. # 30) is DENIED as moot; and

5.      This matter is REFERRED back to the Magistrate Judge for further proceedings or recommendation as may be appropriate.

A final judgment will be entered separately.

DONE this 13th day of July, 2018.

                        /s/ W. Keith Watkins
                  CHIEF UNITED STATES DISTRICT JUDGE